IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**EDWARD C. LOVING,**

    **Defendant.**                                  Case No. 07-cr-30073-DRH

## ORDER

**HERNDON, District Judge:**

    Pending before the Court is a Motion to Withdraw as Counsel (Doc. 16). Specifically, Loving's attorney, Stephen C. Williams, Assistant Federal Public Defender, moves to withdraw due to a recently discovered conflict of interest. Said Motion (Doc. 16) is **GRANTED**. Thus, the Court **APPOINTS** CJA-panel attorney Eric W. Butts, 720 Olive Street, Suite 1630, St. Louis, Missouri, 63101-2314, to hereby serve as defendant Loving's representative counsel in this matter. The Court reminds the parties that this matter is currently set for a jury trial on August 6, 2007 at 9:00 a.m.

    **IT IS SO ORDERED**.

    Signed this 23rd day of July, 2007.

                                                         /s/       David   RHerndon
                                                       United States District Judge